```
                                    FILED
                                    JUN 2 3 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY  EF           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2086-BEN |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| PATRICIO RAUL AHUMADA, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about    5-23-08   , within the Southern District of California, defendant PATRICIO RAUL AHUMADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:Imperial
6/23/08

<u>Count 2</u>

On or about May 24, 2008, within the Southern District of California, defendant PATRICIO RAUL AHUMADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 23, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney