Michael L. Crowley (117008)
Attorney at Law
550 West "C" Street, Suite 1960
San Diego, Ca. 92101
(619) 444-8808

Attorney for Defendant

FILED
AUG 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA, Plaintiff, v. PATRICIO RAUL AHUMADA, Defendant. | Case Nos.: 08mj8470/08CR2086-GT  SUBSTITUTION OF COUNSEL |

PATRICIO RAUL AHUMADA, Defendant herein substitutes MICHAEL L. CROWLEY as his attorney of record in the place of CANDIS LEA MITCHELL, Federal Defender.

DATED: 8/5/08

_____
PATRICIO RAUL AHUMADA, Defendant

The undersigned consents to the above substitution.

DATED: 8/5/08

_____
MICHAEL L. CROWLEY, Attorney at Law

DATED: 6 august 2008

_____
CANDIS LEA MITCHELL, Attorney at Law

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

DATED: 8-6-08

_____
Hon. Gordon Thompson, Jr.
Judge, United States District Court

H:\WP\CRIM\FEDERAL\Ahumada, Patricio - sub of atty.wpd